IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RAYMOND TABER individually**                                             **PLAINTIFF**
**and on behalf of all others similarly situated**

v.                      CASE NO. 4:18-CV-00089 BSM

**FURNITURE HOME STORES OF ARKANSAS INC.**
**and ASHLEY FURNITURE INDUSTRIES INC.**               **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice with each party to bear its own fees and costs.

IT IS SO ORDERED this 27th day of April 2018.

_____
UNITED STATES DISTRICT JUDGE